# Court of Appeals
# of the State of Georgia

ATLANTA, __December 17, 2018__

*The Court of Appeals hereby passes the following order:*

**A19A0696.  EADS v. THE STATE.**

Upon consideration of Appellee's Motion to Dismiss Appeal after appellant failed to timely file his brief, it is hereby GRANTED.  This appeal was docketed on November 7, 2018. Pursuant to Court of Appeals Rule 23(a), Eads' brief was due no later than November 27, 2018.  Eads failed to timely file a motion for extension of time or his brief. Instead, on December 6, 2018 Eads filed a untimely motion for extension of time and an untimely brief.

As the Appellant failed to file a brief or seek an extension prior to the deadline this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__12/17/2018_____*
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*